IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOMINIC ALLEN KING,

    Plaintiff,

    v.                                             Case No.   19-cv-382-bbc

TAMMY MAASSEN, NURSE P.
HULSTEIN AND KRISTINE PRALLE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/22/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |